# IN THE SUPREME COURT OF THE STATE OF NEVADA

DONALD RICHARD MCFADDEN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70353

FILED

OCT 19 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Our initial review of this appeal revealed a jurisdictional defect. Specifically, the notice of appeal was untimely filed. Accordingly, on June 14, 2016, we entered an order directing appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction.

To date, appellant's counsel has not responded to our show-cause order. Nevertheless, having reviewed the documents filed with the notice of appeal, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

16-32745

cc: Hon. Robert W. Lane, District Judge
Mountain West Lawyers
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk
Donald Richard McFadden